GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP
JOHN R. LACY                         1397-0
EMILY REBER PORTER         7699-0
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880
jlacy@goodsill.com; eporter@goodsill.com

MORAN, WINDES & WONG, PLLC
DENNIS M. MORAN             8235-0
5608 17th Avenue NW
Seattle, WA 98107
Telephone: (206) 788-3000
Facsimile: (206) 788-3001
dennism@mww.com

Attorneys for Defendant/Counter-
Claimant/Third-Party Defendant
KIRIBATI SEAFOOD CO., LLC and
Plaintiff INTERNATIONAL SPECIALTY,
INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARISCO, LTD., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V MADEE, UNITED STATES COAST GUARD DOCUMENT NO. D546488, IN REM, and KIRIBATI SEAFOOD CO., LLC, a foreign | CIVIL NO.   02-00093 ER-LEK<br>                  02-00272 ER-LEK<br>(CONSOLIDATED CASES)<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/ COUNTER-CLAIMANT/ THIRD-PARTY DEFENDANT KIRIBATI SEAFOOD CO., L.L.C. AND PLAINTIFF INTERNATIONAL SPECIALTY, INC.; EXHIBIT 1; |

1244140.1

| | |
|---|---|
| corporation, IN PERSONAM,<br><br>                   Defendants.<br><br>INTERNATIONAL SPECIALTY, INC. AS AUTHORIZED AGENTS FOR NATIONAL CASUALTY CO.,<br><br>                   Plaintiff,<br>vs.<br><br>MARISCO, LTD.,<br><br>                   Defendant. | CERTIFICATE OF SERVICE |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/ COUNTER-CLAIMANT/ THIRD-PARTY DEFENDANT KIRIBATI SEAFOOD CO., LLC AND PLAINTIFF INTERNATIONAL SPECIALTY, INC.

GOODSILL ANDERSON QUINN & STIFEL, a Limited Liability Law Partnership LLP respectfully moves this Court for permission to withdraw as counsel for Defendant-Counter-Claimant/Third Party Defendant KIRIBATI SEAFOOD CO. LLC and Plaintiff INTERNATIONAL SPECIALTY, INC. in the above-captioned consolidated cases.

This Motion is made pursuant to Rule 83.6(b) of the Local Rules of Practice for the United States District Court for the District of Hawaii ("LR"), and is based upon the good cause set forth in the motion to withdraw as counsel attached as Exhibit 1, which was previously filed and granted (on November 8, 2005) in the Ninth Circuit Court of Appeals where the cases are now on appeal. *See* Certificate of Service for client contact information as required by LR 83.6(b).

DATED: Honolulu, Hawaii, March 2, 2006.

/s/ Emily Reber Porter
JOHN R. LACY
EMILY REBER PORTER

Attorneys for
KIRIBATI SEAFOOD CO., LLC and
Plaintiff INTERNATIONAL
SPECIALTY, INC.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARISCO, LTD., a Hawaii corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>F/V MADEE, UNITED STATES COAST GUARD DOCUMENT NO. D546488, IN REM, and KIRIBATI SEAFOOD CO., LLC, a foreign corporation, IN PERSONAM,<br><br>　　　　　Defendants. | CIVIL NO.　02-00093 ER-LEK<br>　　　　　　　02-00272 ER-LEK<br>(CONSOLIDATED CASES)<br><br>CERTIFICATE OF SERVICE |
| INTERNATIONAL SPECIALTY, INC. AS AUTHORIZED AGENTS FOR NATIONAL CASUALTY CO.,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>MARISCO, LTD.,<br><br>　　　　　Defendant. | |

**CERTIFICATE OF SERVICE**

　　　　I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

1244140.1

| MICHAEL L. FREED, ESQ.<br>RICHARD B. MILLER, ESQ.<br>Finance Factors Center<br>1164 Bishop Street, Suite 650<br>Honolulu, Hawaii 96813 | mfreed@tpm-hawaii.com<br>rmiller@tpm-hawaii.com | March 2, 2006 |
|---|---|---|
| JOHN R. FITZGERALD, ESQ.<br>McAlpine & Cozad<br>701 S. Peters Street, Suite 300<br>New Orleans, Louisiana 70130<br><br>Served by First Class Mail | | March 2, 2006 |
| KIRIBATI SEAFOOD CO., LLC<br>c/o Nicholas F. Coscia<br>2003 Western Avenue, Suite 400<br>Seattle, Washington 98121<br>Phone: 619-993-3361<br><br>Served by First Class Mail | | March 2, 2006 |
| INTERNATIONAL SPECIALTY, INC. c/o Susan Goheen<br>Senior Claims Adjuster<br>2101 4th Avenue, Suite 2050<br>Seattle, Washington 98121<br>Phone: 206-615-3094<br><br>Served by First Class Mail | | March 2, 2006 |
| MORAN, WINDES & WONG, PLLC<br>Dennis M. Moran, Esq.<br>5608 17th Avenue NW<br>Seattle, WA 98107 | dennism@mww.net<br><br>laura@mwwlaw.net | March 2, 2006 |

2

DATED: Honolulu, Hawaii, March 2, 2006.

/s/ Emily Reber Porter
JOHN R. LACY
EMILY REBER PORTER

Attorneys for
KIRIBATI SEAFOOD CO., LLC and
Plaintiff INTERNATIONAL
SPECIALTY, INC.

3