808 541 1303      U.S. DISTRICT COURT                              09:07:25 a.m.   07-19-2005        2/4

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 8 2005

at __ o'clock and __ __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARISCO, LTD.,<br><br>    Plaintiff,<br>    v.<br>F/V MADEE, UNITED STATES<br>COAST GUARD DOCUMENT NO.<br>D546488, IN REM, et al.,<br><br>    Defendants. | CV No.   02-93<br>CV No.   02-272<br>(Cases consolidated)<br><br>JUDGMENT |
| INTERNATIONAL SPECIALTY<br>INC.,<br>    Plaintiff,<br>    v.<br>MARISCO, LTD.<br><br>    Defendant. | |
| MARISCO, LTD.,<br><br>    Third-Party<br>Plaintiff,<br>    v.<br>KIRIBATI SEAFOOD CO. L.L.C.,<br>    Third-Party<br>Defendant. | |

Exhibit  A
Page  1  of  3

Case 1:02-cv-00272-DAE   Document 549-2   Filed 03/07/2006   Page 2 of 3
Case 1:02-cv-00093-ER-LEK   Document 550   Filed 02/22/2006   Page 5 of 14

808 541 1303        U.S. DISTRICT COURT                    09:07:31 a.m.   07-19-2005        3/4

The Court, having given its oral findings of fact and conclusions of law in open Court on July 8, 2005, hereby enters judgment as follows:

[1] In Case No. CV 02-93, judgment is ordered entered in favor of Marisco, Ltd., and against Kiribati Seafood Company, in personam, and against the F/V MADEE, in rem, jointly and severally, in the sum of $404,829.08. Marisco is also entitled to pre-judgment interest at the rate of 10% per annum, from October 1, 2001 to the date of entry of judgment.

Kiribati Seafood Company shall take nothing by way of its counterclaim, and judgment shall be entered in favor of Marisco, and against Kiribati, on the counter-claim.

Marisco shall recover its costs.

[2] In Case No. CV 02-272, judgment is ordered entered in favor of Plaintiff International Speciality, Inc., and against Marisco, Ltd., in the sum of $189,760.30. International Speciality is also entitled to pre-judgment interest at the rate of 10% per annum, from October 8, 2001.

International Speciality shall recover its costs.

Marisco, Ltd. shall take nothing by way of its third-party complaint, and judgment shall be entered in favor of Kiribati Seafood Company, and against Marisco.

Kiribati Seafood Company shall recover its costs.

2

Exhibit _A_
Page _2_ of _3_

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel for the parties in this matter.

Dated: July 08, 2005

*[signature]*

EDWARD RAFEEDIE
Senior United States District Judge

Exhibit _A_
Page _3_ of _3_