TOM PETRUS & MILLER LLLC
MICHAEL L. FREED          1450
RICHARD B. MILLER         3729
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, HI 96813
Tel. (808) 792-5804/Fax (808) 792-5809
Email: Mfreed@tpm-hawaii.com

McALPINE & COZAD
MICHAEL L. MCALPINE
701 S. Peters Street, Suite 300
New Orleans, LA 70130
Tel. (504) 561-0323/Fax (504) 528-9442
Email: FJones@mpc-law.com
Attorneys for Plaintiff Marisco, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARISCO, LTD., a Hawai'i corporation,<br><br>Plaintiff,<br><br>vs.<br><br>F/V MADEE, UNITED STATES COAST GUARD DOCUMENT NO. D546488, *IN REM*, et al.,<br><br>Defendants. | CIVIL NOS.02-00093 ER-LEK<br>            02-00272 ER-LEK<br>(CONSOLIDATED CASES)<br><br>**MARISCO, LTD.'S STATEMENT OF NO OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-CLAIMANT/THIRD-PARTY DEFENDANT KIRIBATI SEAFOOD CO., LLC AND PLAINTIFF INTERNATIONAL SPECIALTY, INC., AND NOTICE OF NON-APPEARANCE AT HEARING; CERTIFICATE OF SERVICE**<br><br>HEARING DATE: MARCH 29, 2006<br>TIME: 9:00 A.M.<br>JUDGE: LESLIE E. KOBAYASHI |

INTERNATIONAL SPECIALTY, INC.
AS AUTHORIZED AGENTS FOR
NATIONAL CASUALTY CO.,

     Plaintiff,

       vs.

MARISCO, LTD.,

     Defendant.

MARISCO, LTD., a Hawaii corporation,

     Third-Party Plaintiff,

       vs.

KIRIBATI SEAFOOD CO. L.L.C., a
foreign corporation,

     Third-Party Defendant.

**MARISCO, LTD.'S STATEMENT OF NO OPPOSITION TO
MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANT/COUNTER-CLAIMANT/THIRD-PARTY
DEFENDANT KIRIBATI SEAFOOD CO., LLC AND PLAINTIFF
INTERNATIONAL SPECIALTY, INC., AND NOTICE OF NON-
APPEARANCE AT HEARING**

Marisco, Ltd. does not oppose Goodsill Anderson Quinn & Stifel's Motion to

Withdraw as Counsel for Defendant/Counter-claimant/Third-party Defendant Kiribati

Seafood Co., LLC and Plaintiff International Specialty, Inc. filed herein on March 8,

2006.

2

Marisco, Ltd. further gives notice that it will not be appearing at the March 29,

2006 hearing scheduled on the above-referenced motion.

Dated: Honolulu, Hawaii, March 9, 2006.


/s/   Richard B. Miller
MICHAEL L. FREED
RICHARD B. MILLER
MICHAEL L. MCALPINE

Attorneys for Plaintiff Marisco, Ltd.

3