

Davor Z. Pevec
Pacific Tower Ste 2800
1001 Bishop St
Honolulu, HI 96813

CV 02-93 DAE CV 02-272 DAE
dr 559        dr 554
& Advisory Entry of 5/22/08

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 27 2008
DISTRICT OF HAWAII